# Exhibit D



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

THE WANAMAKER BUILDING, SUITE 515
100 PENN SQUARE EAST
PHILADELPHIA, PA 19107-3323

**REGION III**
DELAWARE
KENTUCKY
MARYLAND
PENNSYLVANIA
WEST VIRGINIA

January 2, 2024

**VIA EMAIL ONLY**
Kenneth L. Marcus
Founder & Chairman
The Louis D. Brandeis Center for Human Rights Under Law
KLMarcus@BrandeisCenter.com

                          Re:    OCR Complaint No. 03-24-2044

Dear Mr. Marcus:

This letter is to advise you that the U.S. Department of Education, Office for Civil Rights (OCR), is dismissing the above-referenced complaint you filed against the University of Pennsylvania (University). You allege that the University discriminated against students and staff on the basis of national origin (shared Jewish ancestry) by failing to respond to incidents of harassment in September, October, and November 2023.

OCR enforces Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. Section 2000d *et seq.*, and its implementing regulation, at 34 C.F.R. Part 100, which prohibit discrimination on the basis of race, color, or national origin, including shared ancestry, in any program or activity receiving federal financial assistance from the U.S. Department of Education. Because the University receives federal financial assistance from the U.S. Department of Education, OCR has jurisdiction over it pursuant to Title VI.

OCR opened the following issue for investigation:

> Whether the University failed to respond to alleged harassment of students and staff on the basis of national origin in a manner consistent with the requirements of Title VI.

Pursuant to Section 110(h) of the *Case Processing Manual* (CPM), OCR may close or dismiss an allegation(s) where a class action with the same allegation(s) has been filed against the same recipient with a state or federal court and the relief sought is the same as would be obtained if OCR were to find a violation regarding the allegation(s). OCR has reviewed the federal court complaint filed on December 5, 2023 against the University in the United States District Court for the Eastern District of Pennsylvania (Case 2:23-cv-04789-KNS). The federal complaint contains the same allegations as those filed with OCR in Docket #03-24-2044 and, while not filed as a class action, seeks systemic relief. Therefore, OCR is dismissing this OCR complaint pursuant to CPM Section 110(h). Please note, however, that the allegation(s) may be re-filed with OCR within 60 days following the termination of the court proceeding if there has been no decision on the merits or settlement of the allegation(s). Dismissal with prejudice is considered a decision on the merits.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

Page 2 – OCR Complaint No. 03-24-2044

Please be advised that the University must not harass, coerce, intimidate, discriminate, or otherwise retaliate against an individual because that individual asserts a right or privilege under a law enforced by OCR or files a complaint, testifies, or participates in an OCR proceeding. If this happens, the individual may file a retaliation complaint with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. If OCR receives such a request, we will seek to protect personally identifiable information that could reasonably be expected to constitute an unwarranted invasion of personal privacy if released, to the extent provided by law.

If you have any questions, please contact Amy Niedzalkoski, Chief Attorney, at amy.niedzalkoski@ed.gov or (202) 987-0699.

Sincerely,

Beth Gellman-Beer
Regional Director
Philadelphia Office
Office for Civil Rights